IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARNAA, LLC,

    Plaintiff,

  v.

GOOGLE, INC. and YOUTUBE, LLC,

    Defendant.

No. C 15-03221 WHA

**ORDER DENYING LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION**

This civil action was reassigned to the undersigned in view of the imminent departure of Judge Ronald Whyte after decades of superlative service. Plaintiff seeks to use this occasion to ask for reconsideration of a ruling twice stated by Judge Whyte regarding the unconscionability (or lack thereof) of YouTube's Terms of Service (*see* Dkt. Nos. 27 at 3–6, 56 at 10 n.2). The undersigned has reviewed plaintiff's arguments and agrees with Judge Whyte. Leave to file a motion for partial reconsideration is therefore **DENIED.**

**IT IS SO ORDERED.**

Dated: November 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE