IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARNAA, LLC,

    Plaintiff,

  v.

GOOGLE, INC. and YOUTUBE, LLC,

    Defendants.

No. C 15-03221 WHA

**REQUEST FOR RESPONSE**

By **NOON TOMORROW**, both sides shall please state ("yes" or "no") whether anyone has any objection to proceeding with this case in San Francisco based on the forum-selection clause that provided that any dispute would be "decided exclusively by a court of competent jurisdiction located in Santa Clara County, California."

**IT IS SO ORDERED.**

Dated: February 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE