**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARNAA, LLC,

   Plaintiff,        No. C 15-03221 WHA

 v.

 GOOGLE INC. and YOUTUBE, LLC    **JUDGMENT**

   Defendants.

                /

   For the reasons stated in the accompanying order dismissing the aciton, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Google Inc. and YouTube, LLC, and against plaintiff Darnaa, LLC.  The Clerk **SHALL CLOSE THE FILE**.

   **IT IS SO ORDERED.**

Dated: February 21, 2017.

               WILLIAM ALSUP
               UNITED STATES DISTRICT JUDGE